STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Hon. Asa Allen Skinner
District Attorney, 30th JDC
P. O. Box 1188
Leesville LA 71496-1188

Terry Wayne Lambright
Assistant DA, 30th JDC
P. O. Box 1188
Leesville LA 71446

REHEARING ACTION: June 26, 2013

**Docket Number: 12   00393-KH**

**STATE OF LOUISIANA
VERSUS
MICHAEL MCGLOTHLIN**

**Writ Application from Vernon Parish Case No. 78,754 / 78,756, 78760 / 78761, 77721**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett
   Hon. Phyllis M. Keaty
   Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

> **GRANTED.**  A review of the audio recording of sentencing indicates the minutes of sentencing in docket number 78,754 were correct.  Accordingly, the portion of the ruling issued on April 19, 2013, ordering the trial court to amend the minutes of sentencing in docket number 78,754 is vacated and set aside.

cc: Michael McGlothlin, Pro Se